IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS ANDRES RODRIGUEZ,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **RANDALL E. BRITTON, et al.,** | : | |
| Respondents | : | NO. 09-443 |

## ORDER

AND NOW, this 5th day of March, 2010, upon consideration of the petition for writ of habeas corpus (Docket No. 3) and related documents (Docket Nos. 7, 10, and 14); the response thereto and related documents (Docket Nos. 12 and 13); the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Docket No. 15); and Petitioner's Objections thereto (Docket No. 17), it is hereby ORDERED that:

1. The Report and Recommendation (Docket No. 15) is APPROVED AND ADOPTED;

2. The petition for writ of habeus corpus (Docket No. 3) is DENIED;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge